LUKE COLLINS, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued March 9, 1887; decided April 19, 1887.)

THIS case presented the same questions, and was argued and decided with *Heacock* v. *The State* (*ante,* p. 246.)

---

PETER J. SAND, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued March 9, 1887; decided April 19, 1887.)

*Levi H. Brown* for appellant.

*Denis O'Brien, Attorney-General,* for respondent.

Agree to affirm: no opinion.
All concur.
Award affirmed.

---

EVAN JONES, Appellant, *v.* HENRY McCADDIN, JR., Respondent.

(Argued March 14, 1887; decided April 19, 1887.

*Nathaniel C. Moak* for appellant.

*Jacob F. Miller* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.